Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GILLEN COSTELLO, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN AIRLINES, INC., DOES 1 to 50, inclusive. <br><br> Defendants. | Case No. C 11-3039 MEJ <br><br> STIPULATION AND [PROPOSED] ORDER RE: MEDIATION <br><br> Honorable Maria-Elena James <br> Chief United States Magistrate Judge |

    WHEREAS the parties stipulated to mediation through this Court's mediation program in accordance with ADR L.R. 6 (ECF Dkt. 9); and

    WHEREAS the parties' stipulation included a request that the parties be given 120 days from the date of referral to ADR to mediate the case; and

    WHEREAS there is good cause to allow 30 additional days beyond the presumptive 90 days within which to mediate because the parties are out-of-state and the defendant intends to move to transfer the case pursuant to 28 U.S.C. § 1404(a); and

    WHEREAS the Court referred the parties to mediation in its case management order filed September 22, 2011 (ECF Dkt. 13);

IT IS HEREBY STIPULATED by and between plaintiff CAROL GILLEN COSTELLO and defendant AMERICAN AIRLINES, INC. that parties will and do request an Order of the Court that they be given 120 days from the referral to mediation, or to and including **January 20, 2012** by which to participate in mediation in this case.

IT IS SO STIPULATED.

Dated: September 30, 2011     JAMES R. GILLEN, P.C.

/s/ *James R. Gillen*

By: _____
James R. Gillen
Attorneys for Plaintiff
Carol Gillen Costello

Dated: September 30, 2011     CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
Richard G. Grotch(*)
Attorneys for Defendant
American Airlines, Inc.

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

# ORDER

Pursuant to stipulation, the parties shall have, to and including **January 20, 2012** by which to participate in mediation in this case.

SO ORDERED.

Dated: October 3, 2011

_____
Honorable Maria-Elena James
United States Chief Magistrate Judge